UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 22-825-DMG (MAAx) | Date | March 6, 2023 |
| Title | *Brendaz Ta, et al. v. Merck and Co., Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT SEVER PLAINTIFFS' CLAIMS**

On February 13, 2023, the Court issued an Order granting Defendants' Motion to Sever in the Related Case *Haddad, et al. v. Merck and Co., Inc., et al.*, No. CV 22-2151-DMG (MAAx) ("*Haddad*"). [Doc. # 63.] Originally, Defendants had filed a similar motion in this case, but the Court denied it without prejudice as moot after Plaintiffs filed a First Amended Complaint. [Doc. # 35.]

Given that the Court may, on its own motion "sever any claim against a party," Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why the Court should not sever this action into two suits on behalf of Ta and Dockery separately, as it did in *Haddad*. *See* Fed. R. Civ. P. 21; *see also Herklotz v. Parkinson,* 848 F.3d 894, 898 (9th Cir. 2017); *Gaffney v. Riverboat Servs. of Indiana, Inc.*, 451 F.3d 424, 442 (7th Cir. 2006) ("a district court may sever claims under Rule 21, creating two separate proceedings, so long as the two claims are 'discrete and separate.'").

Plaintiffs shall respond to the OSC no later than **March 20, 2023**. Defendants shall file a response, if any, by **March 27, 2023**. Neither of these filings shall exceed 5 pages. Thereafter, the matter will stand submitted.

**IT IS SO ORDERED.**